# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:01-CR-379-T-24MAP |
| NEVEN AL TAMIMI | USM Number: 39939-018 |
| _____ / | |
| | Thomas F. Granahan, Esq. (Retained) |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One, Two, Three, Four, Six, Eight and Nine of the terms of supervision. See below.

_____ was found in violation of conditions after denial of guilt.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Committing the New Crime of Possession of Cocaine | September 2nd, 2006 |
| Two & Three | Committing a New Crime of Possession of Hydrocodone & Xanax | September 2nd, 2006 |
| Four | Committing a New Crime of Possession of Drug Paraphernalia | September 2nd, 2006 |
| Six | Committing the New Crime of Littering | September 2nd, 2006 |
| Eight | Failure to Submit monthly reports for For the Months of July and August in violation of Condition Two | August, 2006 |
| Nine | Positive Urinalysis in violation of Condition Seven | October 3, 2006 |

  The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__  The defendant has not violated conditions Five and Seven, see below and is discharged as to such violation(s) condition.

| | | |
|---|---|---|
| Five | Committing the New Crime of Obstructing and Opposing an Officer Without Violence | September 2nd, 2006 |
| Seven | Failure to notify the Probation Officer Within 72 hours of Arrest in violation of Condition Eleven | September 2nd, 2006. |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: NEVEN AL TAMIMI | Judgment - Page 2 of 2 |
| CASE NUMBER: 8:01-CR-379-T-24MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *TEN (10) MONTHS WITH NO TERM OF SUPERVISED RELEASE TO FOLLOW.* The defendant is to receive credit for time served. In addition, the Court has no objection if the sentence imposed in State Court runs concurrent to this sentence.

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_ at _____ a.m. p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_ before 2 p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: January 4th, 2007

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____January 5th, 2007_____